# Court of Appeals
# of the State of Georgia

ATLANTA,  July 03, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1771. RODERICK JACKSON v. THE STATE.**

In 2012, Roderick Jackson pled guilty to two counts of cruelty to children in the first degree and one count of cruelty to children in the second degree. He subsequently filed a motion to withdraw his guilty plea, and, following a hearing, the trial judge orally denied Jackson's motion in November 2012. On March 22, 2019, Jackson filed a pro se Notice of Appeal, appealing "the decision made during an open-ended guilty plea" in January 2012. We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of the order sought to be appealed. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Henderson v. State*, 265 Ga. 317, 317 (1) (454 SE2d 458) (1995). Here, Jackson apparently seeks to appeal the 2012 sentence entered following his guilty plea. We, however, lack jurisdiction to consider a direct appeal from that disposition order. See OCGA § 5-6-38 (a). We likewise lack jurisdiction to consider any appeal from the denial of Jackson's motion to withdraw his guilty plea. In his notice of appeal, Jackson specifies that certain records be transmitted to this Court. These records do not include the stamped "filed" court order denying the motion to withdraw his plea or any document filed after 2012. Given the absence of a trial court order entered within 30 days of Jackson's Notice of Appeal, we have nothing to review.  See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).

Based on the designated record transmitted to this Court, Jackson's appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __07/03/2019__
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*